FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROGER B.,<br><br>      Plaintiff,<br><br> -vs-<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>      Defendant. | No. 4:22-CV-5158-WFN<br><br>ORDER GRANTING STIPULATED REMAND |

  Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 20. The Court has reviewed the file and Motion and is fully informed. Accordingly,

  **IT IS ORDERED** that:

  1. The parties' Stipulated Motion for Remand, filed August 14, 2023, **ECF No. 20**, is **GRANTED**.

  2. Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

    (a) Obtain a psychological or psychiatric consultative examination with cognitive testing;

    (b) Reevaluate the opinion evidence of record;

    (c) Reevaluate the Plaintiff's alleged symptoms;

    (d) Reassess Plaintiff's residual functional capacity as necessary;

    (e) Obtain supplemental vocational expert evidence if needed;

    (f) Take any action necessary to complete the administrative record;

    (g) Offer the claimant an opportunity for a hearing; and

      (h)   Issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

**DATED** this 17th day of August, 2023.

08-15-23

                                WM. FREMMING NIELSEN
                            SENIOR UNITED STATES DISTRICT JUDGE