AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ROGER B.

*Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security

*Defendant*

Civil Action No. 4:22-cv-05158-WFN

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The parties' Stipulated Motion for Remand, filed August 14, 2023, ECF No. 20, is GRANTED. Pursuant to the court order at ECF No. 21, the above-captioned case is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Senior Judge  WM. Fremming Nielsen.

Date: 8/17/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony